# COMMONWEALTH OF KENTUCKY
## UNIFORM CITATION

**COURT**

### OFFENDER / VIOLATOR

| Field | Value |
|---|---|
| AGENCY | COVINGTON POLICE DEPARTMENT |
| ORI | 0590100 |
| NAME: LAST, FIRST, MI, FILIAL | W[redacted], J[redacted] H[redacted] |
| ATTN | |
| HOME PHONE | UNKNOWN |
| ALIAS NAME | |
| EMERGENCY PHONE | [redacted]0 |
| ADDRESS | [redacted] PREAKNESS DR |
| KENTUCKY RESIDENT STATUS | ✓ F: FULL-TIME |
| CITY | FLORENCE |
| STATE | KY |
| ZIP CODE | 41042 |
| MARITAL STATUS | SINGLE |
| ID TYPE | NONE |
| S.S. NUMBER | [redacted]-9894 |
| HEIGHT | 5' 11" |
| WEIGHT | 180 |
| HAIR COLOR | BLACK |
| EYE COLOR | BROWN |
| DATE OF BIRTH | [Redacted] 1995 |
| SEX | ✓ MALE |
| RACE | ✓ BLACK |
| ETHNIC ORIGIN | ✓ NON HISPANIC |
| ALCOHOL/DRUG INVOLVEMENT | ✓ DRUGS |
| B.A. RESULTS | BREATH NOT REQUESTED / BLOOD NOT REQUESTED / URINE NOT REQUESTED |
| PLACE OF EMPLOYMENT / OCCUPATION | FIRST CALL CATERING CO |
| CITY | CINCINNAIT |
| STATE | OH |

### VEHICLE

(blank)

### DATE / TIME

| | | | | | |
|---|---|---|---|---|---|
| VIOLATION DATE | 12 05 2017 | VIOLATION TIME | 9:17 PM | EXACT LOCATION OF VIOLATION | 217 W. 4TH ST |
| | | | | CITY | COVINGTON |
| | | | | COUNTY | KENTON |
| ARREST DATE | 12 05 2017 | TIME OF ARREST | 10:00 PM | EXACT LOCATION OF ARREST | 217 W. 4TH ST |
| | | | | CITY | COVINGTON |
| | | | | COUNTY | KENTON |

### CHARGES AND POST-ARREST COMPLAINT

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 1 | 42321 | 6 | 218A.1421(4) | 1 | 17-059058 | | MARIJUANA |

**POST-ARREST COMPLAINT**

Charge 1: TRAF IN MARIJUANA ( > 5 LBS.) 1ST OFF

Upon following up on a narcotics complaint at the above listed address contact was made with the above listed suspect. The above consented to search of the rental property. Approximately 7lbs of marijuana was location inside the clothes dryer and an AR-15 rifle was located behind said dryer. Above admitted to knowing the marijuana was inside the rental however stated the rifle was not his.

### COURT

| COURT DATE | COURT TIME | PAYABLE | COURT LOCATION |
|---|---|---|---|
| ARRESTED | | ✓ COURT | KENTON |
| COURT CASE NUMBER | | TOTAL PREPAYABLE AMOUNT | NOT PREPAYABLE |

YEAR: 17
CONTROL NUMBER: CS91881
TYPE: 2

### CASE

| WITNESS 1 NAME | MALONE, DET |
|---|---|
| WITNESS 1 ADDRESS | 1 POLICE MEMORIAL DR |
| CITY | COVINGTON |
| STATE | KY |
| ZIP | 41014 |
| WITNESS 2 NAME | WILLIAMS, SPC |
| WITNESS 2 ADDRESS | 1 POLICE MEMORIAL DR |
| CITY | COVINGTON |
| STATE | KY |

SERVING WARRANT FOR OTHER AGENCY: SPECIFY: -

✓ IN-CAR VIDEO
FINGERPRINTS
PHOTOS
✓ EVIDENCE HELD

| OFFICER SIGNATURE | BADGE/I.D. NUMBER | ASSIGNMENT |
|---|---|---|
| Mairose, J. | 0259 | D-TEAM |