# COMMONWEALTH OF KENTUCKY
# UNIFORM CITATION

**COURT**

## OFFENDER / VIOLATOR

- **AGENCY:** COVINGTON POLICE DEPARTMENT
- **ORI:** 0590100
- **NAME: LAST, FIRST, MI, FILIAL:** K[redacted], M[redacted]
- **ATTN:**
- **HOME PHONE:** [redacted]8
- **ALIAS NAME:**
- **EMERGENCY PHONE:** UNKNOWN
- **ADDRESS:** [redacted] BIG HORN CT
- **KENTUCKY RESIDENT STATUS:** ✓ F: FULL-TIME
- **CITY:** BURLINGTON
- **STATE:** KY
- **ZIP CODE:** 41005
- **MARITAL STATUS:** SINGLE
- **VICTIM'S RELATIONSHIP TO OFFENDER:**
- **ID TYPE:** OPERATOR'S LICENSE
- **ID ST:** KY
- **ID NUMBER:** K10067778
- **S.S. NUMBER:** Redacted 2828
- **HEIGHT:** 5'08"
- **WEIGHT:** 125
- **HAIR COLOR:** BLACK
- **EYE COLOR:** BROWN
- ☐ COMMERCIAL VEHICLE
- ☐ PLACARDED HAZARDOUS VEHICLE
- **ETHNIC ORIGIN:** ☐ HISPANIC ✓ NON HISPANIC
- **ALCOHOL/DRUG INVOLVEMENT:** ☐ ALCOHOL ✓ DRUGS ☐ UNKNOWN
- **DATE OF BIRTH:** Redacted 1994
- **SEX:** ✓ MALE
- **RACE:** ✓ BLACK
- **B.A. RESULTS:** BREATH NOT REQUESTED; BLOOD NOT REQUESTED; URINE NOT REQUESTED
- **PLACE OF EMPLOYMENT / OCCUPATION:**

## VEHICLE
(blank)

## DATE / TIME

| | VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION | CITY | COUNTY | SECTOR |
|---|---|---|---|---|---|---|
| Violation | 12 05 2017 | 9:17 PM | 217 WEST 4TH ST | COVINGTON | KENTON | 1 |
| Arrest | 12 05 2017 | 10:20 PM | 217 WEST 4TH ST | COVINGTON | KENTON | 1 |

## CHARGES AND POST-ARREST COMPLAINT

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 2 | 00199 | 0 | 520.100 | 1 | 17-059058 | | |
| 2 of 2 | 42330 | 0 | 218A.1422 | 1 | 17-059058 | | MARIJUANA |

**POST-ARREST COMPLAINT**

Charge 1: FLEEING OR EVADING POLICE, 2ND DEGREE (ON FOOT)
Charge 2: POSS OF MARIJUANA

Detectives were watching a complaint when above arrived at the location. Above left a short time later and walked west on 4th st to johnson st. above started his vehicle via remote which was right next to officers. Above saw officers and fled back east on 4th. I advised above to stop and he continued to flee and was aressed on the porch of 217 west 4th street. Above had a large vacuum sealed bag of marijuana the size of his chest under his hoody.

## COURT

- **COURT DATE:** ARRESTED
- **PAYABLE:** ☐
- **COURT:** ✓
- **COURT LOCATION:** KENTON
- **TOTAL PREPAYABLE AMOUNT:** NOT PREPAYABLE
- **YEAR:** 17
- **CONTROL NUMBER:** CM12281
- **TYPE:** 2

## CASE

- **OFFICER SIGNATURE:** Andrews, G.
- **BADGE/I.D. NUMBER:** 0239
- **ASSIGNMENT:** D-TEAM