# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

### ADMINISTRATIVE

| AGENCY ORI/NAME | 0590100 COVINGTON POLICE DEPARTMENT | | INCIDENT NUMBER | KY 17-059058 | | |
|---|---|---|---|---|---|---|
| INCIDENT DATE/TIME | | EXACT / ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
| 12/5/2017 19:00 TO 12/6/2017 01:00 | | ESTIMATE | 12/5/2017 | 21:17 | 21:17 | 21:17 | 01:00 |

REPORTED BY: MAIROSE, JOHN A.  
HOW REPORTED: IN PERSON  
LICENSE/ID STATE:   LICENSE/ID NUMBER:  
ADDRESS: 1 POLICE MEMORIAL DR  
CITY: COVINGTON   STATE: KY   ZIP CODE: 41014   PHONE NUMBER: 859-412-5430

**EXACT LOCATION OF OFFENSE**
- 217 W. 4TH ST   SECTOR NO: 1
- ADDRESS: 217 W 4TH ST
- CITY: COVINGTON   STATE: KY   ZIP CODE: 41011
- COUNTY: KENTON   LATITUDE: 39 DEG 5.193 MIN   LONGITUDE: 84 DEG 30.894 MIN

### OFFENSE DATA

**SEQUENCE # 1 OF 3**   LOCATION TYPE: HOTEL, MOTEL, ETC.   TYPE WEAPON/FORCE INVOLVED: 1-RIFLE   CRIMINAL ACTIVITY/GANG IFO: 1-DISTRIBUTING/SELLING
- OFFENSE DESCRIPTION: TRAF IN MARIJUANA (> 5 LBS.) 1ST OFF
- OFFENSE CODE: 42321   ASCF CODE: 6   KRS CODE: 218A.1421(4)   CLASS: C   DEGREE: F   COUNTS: 1
- BIAS MOTIVATION: NONE (NO BIAS)   METHOD ENTRY:   NUMBER PREMISES: 0
- SCHOOL NAME:   SCHOOL TYPE:   CAMPUS?:
- OFFENDER SUSPECTED OF USING: DRUGS/NARCOTICS   COURT ORDER TYPE:

**SEQUENCE # 2 OF 3**   LOCATION TYPE: HIGHWAY, ROAD, ALLEY (INCLUDES STREET)   TYPE WEAPON/FORCE INVOLVED:   CRIMINAL ACTIVITY/GANG IFO: 1-DISTRIBUTING/SELLING
- OFFENSE DESCRIPTION: TRAF IN MARIJUANA (8 OZ TO < 5 LBS.) 1ST OFF
- OFFENSE CODE: 42311   ASCF CODE: 0   KRS CODE: 218A.1421(3)   CLASS: D   DEGREE: F   COUNTS: 1
- BIAS MOTIVATION: NONE (NO BIAS)   METHOD ENTRY:   NUMBER PREMISES: 0
- SCHOOL NAME:   SCHOOL TYPE:   CAMPUS?:
- OFFENDER SUSPECTED OF USING: DRUGS/NARCOTICS   COURT ORDER TYPE:

**SEQUENCE # 3 OF 3**   LOCATION TYPE: HIGHWAY, ROAD, ALLEY (INCLUDES STREET)   TYPE WEAPON/FORCE INVOLVED:   CRIMINAL ACTIVITY/GANG IFO:
- OFFENSE DESCRIPTION: FLEEING OR EVADING POLICE, 2ND DEGREE (ON FOOT)
- OFFENSE CODE: 00199   ASCF CODE: 0   KRS CODE: 520.100   CLASS: A   DEGREE: M   COUNTS: 1
- BIAS MOTIVATION: NONE (NO BIAS)   METHOD ENTRY:   NUMBER PREMISES: 0
- SCHOOL NAME:   SCHOOL TYPE:   CAMPUS?:
- OFFENDER SUSPECTED OF USING: DRUGS/NARCOTICS   COURT ORDER TYPE:

### PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 1 | CELL PHONE, SMART PHONE | SEIZED | $1.00 | | | |

**GENERAL**
- PROPERTY DESCRIPTION: BLACK SMART PHONE WITH BLACK CASE
- OWNER APPLED NUMBER:   SERIAL NUMBER: DNVRP165JCLF
- MAKE: APPLE   MODEL: IPHONE   OWNER: Offender 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 2 | CELL PHONE, SMART PHONE | SEIZED | $1.00 | | | |

**GENERAL**
- PROPERTY DESCRIPTION: BLACK SMART PHONE WITH RED CASE
- OWNER APPLED NUMBER:   SERIAL NUMBER: F18VFBUUJCLY
- MAKE: APPLE   MODEL: IPHONE   OWNER: Offender 1

TOTAL STOLEN VALUE:   TOTAL RECOVERED VALUE:   TOTAL VEHICLES STOLEN:   TOTAL VEHICLES RECOVERED:

### STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| CLOSED | 12/6/2017 | CLEARED BY ARREST | | | ☐ YES |

| ORIGINATING OFFICER | ASSIGNED TO | UNIT/BADGE # | REVIEWED BY | SUPPLEMENTED BY |
|---|---|---|---|---|
| Mairose, John | Mairose, John | 0259 | Mangus, Jon | |

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

### VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | COMMONWEALTH OF KENTUCKY | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ADDRESS: | | | VICTIM TYPE: SOCIETY |
| CITY: | STATE: | ZIP CODE: | KY RESIDENT: |
| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 42321, 42311, 00199 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

### SUSPECT / ARRESTEE DATA

| SUSPECT SEQ. # | NAME: W------S, JE----- | ARRESTED? ☑ YES | ARREST DATE 12/5/2017 |
|---|---|---|---|
| 1 of 2 | ALIAS: | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | | |
|---|---|---|---|---|
| ADDRESS: ---- PREAKNESS DR | | | BIRTH: Redacted /1995 | PHONE: | KY RESIDENT: |
| CITY: FLORENCE | STATE: KY | ZIP CODE: 4104- | | | |
| SSN: Redacted 894 | SEX: MALE | RACE: BLACK | ETHNIC ORIGIN: NOT HISPANIC | HEIGHT: 5'10" | WEIGHT: 180 lbs | EYE COLOR: BROWN | HAIR COLOR: BLACK |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 of 2 | NOT APPLICABLE | WARRANTLESS ARREST | 1 | CS91881 | 4 | | 8 | | |
| ARRESTEE ARMED WITH | | | 2 | | 5 | | 7 | | |
| RIFLE | | | 3 | | 6 | | 9 | | |

| SUSPECT SEQ. # | NAME: KO-----, IE------ M. | ARRESTED? ☑ YES | ARREST DATE 12/5/2017 |
|---|---|---|---|
| 2 of 2 | ALIAS: | | |

| LICENSE/ID STATE: KY | LICENSE/ID NUMBER: Redacted | | | |
|---|---|---|---|---|
| ADDRESS: ---- BIGHORN CT | | | DATE OF BIRTH: Redacted /94 | PHONE: | KY RESIDENT: |
| CITY: BURLINGTON | STATE: KY | ZIP CODE: 41005 | | | |
| SSN: Redacted 828 | SEX: MALE | RACE: BLACK | ETHNIC ORIGIN: NOT HISPANIC | HEIGHT: 5'08" | WEIGHT: 125 lbs | EYE COLOR: BROWN | HAIR COLOR: BLACK |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 of 2 | NOT APPLICABLE | WARRANTLESS ARREST | 1 | N424138 | 4 | | 7 | | |
| ARRESTEE ARMED WITH | | | 2 | | 5 | | 8 | | |
| | | | 3 | | 6 | | 9 | | |

### WITNESS/OTHER

| WITNESS/OTHER SEQ | WITNESS NAME | PHONE |
|---|---|---|
| 1 of 4 | MALONE, DET | 859-292-2257 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|
| ADDRESS: 1 POLICE MEMORIAL DR | | DATE OF BIRTH |
| CITY: COVINGTON | STATE: KY | ZIP CODE: 41014 | SSN: |

# KYIBRS REPORT: PROPERTY/DRUG SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

PROPERTY DATA

DRUGS

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 1 | DRUGS, NARCOTICS | SEIZED | $1.00 | | | |

DRUG TYPE: MARIJUANA
DRUG TYPE OTHER:
QUANTITY/MEASUREMENT: 7.00 POUND
OWNER: Offender 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 2 | PURSES,HANDBAGS,WALLETS | SEIZED | $1.00 | | | |

GENERAL

PROPERTY DESCRIPTION: LARGE GREEN DUFFLE STYLE BAG
OWNER APPLED NUMBER:
SERIAL NUMBER:
MAKE:
MODEL:
OWNER: Offender 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 3 | PURSES,HANDBAGS,WALLETS | SEIZED | $1.00 | | | |

GENERAL

PROPERTY DESCRIPTION: LARGE GRAY DUFFLE STYLE BAG
OWNER APPLED NUMBER:
SERIAL NUMBER:
MAKE:
MODEL:
OWNER: Offender 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 4 | DOCUMENTS (Personal or Business) | SEIZED | $0.00 | | | |

GENERAL

PROPERTY DESCRIPTION: OHIO STATE IDENTIFICATION CARD/JEREMIAH WILLIAMS #TU757716
OWNER APPLED NUMBER:
SERIAL NUMBER:
MAKE:
MODEL:
OWNER: Offender 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 5 | MONEY (Coins, Paper Currency) | SEIZED | $795.00 | | | |

GENERAL

PROPERTY DESCRIPTION: $795.00 US CURRENCY
OWNER APPLED NUMBER:
SERIAL NUMBER:
MAKE:
MODEL:
OWNER: Offender 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 6 | MONEY (Coins, Paper Currency) | SEIZED | $582.00 | | | |

GENERAL

PROPERTY DESCRIPTION: $582.00 IN US CURRENCY
OWNER APPLED NUMBER:
SERIAL NUMBER:
MAKE:
MODEL:
OWNER: Offender 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 7 | MONEY (Coins, Paper Currency) | SEIZED | $3.00 | | | |

GENERAL

PROPERTY DESCRIPTION: $3 IN US CURRENCY
OWNER APPLED NUMBER:
SERIAL NUMBER:
MAKE:
MODEL:
OWNER: Offender 1

# KYIBRS REPORT: PROPERTY/DRUG SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

### PROPERTY DATA

**SEQ # 1** — FIREARMS (Excluding BB Gun and Air Rifle) | TYPE OF LOSS: SEIZED | VALUE: $1.00

**FIREARM**
| FIREARM TYPE | CALIBER | ACTION TYPE | FINISH |
|---|---|---|---|
| RIFLE | 223-.223 CAL/5.56X45 | SEMIAUTOMATIC | BLACK |

| FIREARM MAKE | FIREARM MODEL |
|---|---|
| DEFENSE PROCUREMENT MANUFACTURING SERVICES, INC. BECKER, MN; DOES BUSINESS AS DPMSII | AR-15 |

| SERIAL NUMBER | OWNER APPLIED NUMBER | FIREARM DESCRIPTORS | OWNER |
|---|---|---|---|
| 29094 | | AR-15 RIFLE WITH SCOPE/RED DOT, FLASH LIGHT ETC. | Offender 1 |

---

**SEQ # 2** — OTHER NOT LISTED | TYPE OF LOSS: SEIZED | VALUE: $1.00

**GENERAL**
- PROPERTY DESCRIPTION: WHITE BATHROOM BASKET
- OWNER APPLED NUMBER:
- SERIAL NUMBER:
- MAKE:
- MODEL:
- OWNER: Offender 1

---

**SEQ # 3** — MONEY (Coins, Paper Currency) | TYPE OF LOSS: SEIZED | VALUE: $56.00

**GENERAL**
- PROPERTY DESCRIPTION: $56.00 IN US CURRENCY
- OWNER: Offender 2

---

**SEQ # 4** — MONEY (Coins, Paper Currency) | TYPE OF LOSS: SEIZED | VALUE: $100.00

**GENERAL**
- PROPERTY DESCRIPTION: $100.00 IN US CURRENCY
- OWNER: Offender 2

---

**SEQ # 5** — CELL PHONE, SMART PHONE | TYPE OF LOSS: SEIZED | VALUE: $1.00

**GENERAL**
- PROPERTY DESCRIPTION: SILVER SMART PHONE
- OWNER APPLED NUMBER: IMEI- 355402074602516
- SERIAL NUMBER: UNKNOWN
- MAKE: APPLE
- MODEL: IPHONE
- OWNER: Offender 2

---

**SEQ # 6** — CELL PHONE, SMART PHONE | TYPE OF LOSS: SEIZED | VALUE: $1.00

**GENERAL**
- PROPERTY DESCRIPTION: WHITE SMART PHONE
- OWNER APPLED NUMBER: NO #'S AVAILABLE
- SERIAL NUMBER: UNKNOWN
- MAKE: APPLE
- MODEL: IPHONE
- OWNER: Offender 2

---

**SEQ # 7** — DRUGS, NARCOTICS | TYPE OF LOSS: SEIZED | VALUE: $1.00

**DRUGS**
- DRUG TYPE: MARIJUANA
- DRUG TYPE OTHER:
- QUANTITY/MEASUREMENT:
- OWNER: Offender 2

---

# KYIBRS REPORT: PROPERTY/DRUG SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | SEIZED | $1.00 | | | |

**VEHICLE**

| UNIT TYPE | VEHICLE MAKE: | VEHICLE MODEL | YEAR | VEHICLE TYPE | |
|---|---|---|---|---|---|
| PASSENGER CAR | CHEVROLET | MALIBU | | SEDAN/4 DOOR | |
| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | |
| SILVER\ALUMINUM | 1G1ZE5ST3HF190598 | | AZ | 2017 | BAB3787 |
| VEHICLE DESCRIPTORS | | | KEYS LEFT IN UNIT? | OWNER | |
| | | | NO | Offender 1 | |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 2 | AUTOMOBILES | SEIZED | $1.00 | | | |

**VEHICLE**

| UNIT TYPE | VEHICLE MAKE: | VEHICLE MODEL | YEAR | VEHICLE TYPE | |
|---|---|---|---|---|---|
| PASSENGER CAR | FORD | MUSTANG LX | 2017 | COUPE | |
| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | |
| SILVER\ALUMINUM | 1FA6P8THXH5227397 | | FL | 2018 | 156XRM |
| VEHICLE DESCRIPTORS | | | KEYS LEFT IN UNIT? | OWNER | |
| | | | YES | Offender 2 | |

[Remaining GENERAL property sections on page are blank]

# KYIBRS REPORT: WITNESS SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

| WITNESS/OTHER SEQ | WITNESS NAME | PHONE |
|---|---|---|
| 2 of 4 | ANDREWS, DET | 859-292-2257 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ADDRESS: 1 POLICE MEMORIAL DR | | | DATE OF BIRTH |
| CITY: COVINGTON | STATE: KY | ZIP CODE: 41014 | SSN: | Unknown |

| WITNESS/OTHER SEQ | WITNESS NAME | PHONE |
|---|---|---|
| 3 of 4 | WILLIAMS, SPC | 859-292-2258 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ADDRESS: 1 POLICE MEMORIAL DR | | | DATE OF BIRTH |
| CITY: COVINGTON | STATE: KY | ZIP CODE: 41014 | SSN: | Unknown |

| WITNESS/OTHER SEQ | WITNESS NAME | PHONE |
|---|---|---|
| 4 of 4 | MARTIN, OFC | 859-292-2258 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ADDRESS: 1 POLICE MEMORIAL DR | | | DATE OF BIRTH |
| CITY: COVINGTON | STATE: KY | ZIP CODE: 41014 | SSN: | Unknown |

WITNESS AND/OR OTHER DATA

| WITNESS/OTHER SEQ | WITNESS/OTHER NAME | PHONE |
|---|---|---|
| of | | |
| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |

| WITNESS/OTHER SEQ | WITNESS/OTHER NAME | PHONE |
|---|---|---|
| of | | |
| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |

| WITNESS/OTHER SEQ | WITNESS/OTHER NAME | PHONE |
|---|---|---|
| of | | |
| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |

| WITNESS/OTHER SEQ | WITNESS/OTHER NAME | PHONE |
|---|---|---|
| of | | |
| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |

| WITNESS/OTHER SEQ | WITNESS/OTHER NAME | PHONE |
|---|---|---|
| of | | |
| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |

# KYIBRS REPORT: NARRATIVE
## COMMONWEALTH OF KENTUCKY

## SYNOPSIS:

While following up on a narcotics complaint officers attempted to stop a suspect leaving the suspect location. The suspect fled back toward the target house. The suspect was found to be in possession of approximately 1 lb of marijuana. Contact was made with the occupant of the house and consent to search was granted. Approximately 7 lbs of suspected marijuana was located in the clothes dryer and an AR-15 .223 caliber rifle was located behind said dryer. Also seized was approx: $1,536.00 in US currency and multiple cell phones along with two rented vehicles. Both suspects were arrested and charged accordingly.

## INVESTIGATION:

On 12/05/2017 at approximately 1900 hours I received a phone call from Detective Austin Ross who advised me that he had been contacted by a complainant that he conducted an investigation for earlier in the year. The complainant advised Detective Ross that he had rented his house out on the Air Bed and Breakfast web site to a subject named R████ B████i. He further stated that the rental was supposed to be from Sunday December 3rd until Thursday December 7th. The complainant advised Ross that he had stopped by due to his external cameras picking up a lot of foot traffic in and out of the house and a large party the evening before. He also advised Ross that when he stopped by there was a very strong odor of marijuana coming from the house. I advised Ross that I would head that way and set up surveillance on the house located at 217 W. 4th Street in Covington.

Upon setting up on the target location I asked Specialist Kyle Shepard, who was on bike patrol, to set up in the area to assist me. I also requested Detectives Malone and Andrews to assist with their marked car. Detective Ross put me in contact with the original complainant and we spoke briefly. He advised me that since Sunday there have been several subjects enter the front door with empty back packs and leave 15 to 20 minutes later and the back packs would be full at that time. He sent me a video of one such incident. The complainant was also keeping me abreast of when people were coming or going, using his video camera system and his cell phone. He advised there was a slight delay in the video. After watching the house for approximately 1.5 hours, the complainant advised that Mr. B████i had just pulled up in the rear of the house and keyed in the side door. A short time later he advised that another subject had come to the front door and was allowed entry. Mr. B████ exited the residence a short time later and drove away in a late model Honda 4 door. I then observed the male subject exit the front door and walk west toward Johnson Street. Detectives Andrews and Malone attempted to make contact with the suspect, ████ █. K████, who upon seeing the uniformed officers fled on foot east bound back to 217 W. 4th where he was taken into custody by other responding units just outside the residence.

Several attempts were made to make contact with the subject(s) in the house but no one would come to the door. After securing the outside of the residence I met with the complainant/owner of the property. He advised me that the subject inside the house was not who he rented to and that he had violated several of the agreements in the rental contract as well as the law and that he wanted him removed from the property. He asked our assistance to remove him.

Myself, Detective Malone, and several patrol officers responded to the east side door and opened it. I yelled into the house and ordered the suspect to come to me. The male suspect, ████ █ W████, complied and came down the steps. Mr. W████ was secured while a security sweep of the residence was conducted. While doing so officers noticed a very strong odor of marijuana throughout the house.

Once the house was secured I spoke briefly to Mr. W████. I advised what we were doing there and further advised him that the odor of marijuana was obvious. I asked Mr. W████ for consent to search the

## KYIBRS REPORT: NARRATIVE
### COMMONWEALTH OF KENTUCKY

residence and he initially refused saying that it wasn't his place and he didn't rent it. I then explained to him that he was the only one there and he was in control of the property at that point. I further explained to him the warrant process and that we were okay with going that route. He then gave consent to search and indicated that he knew there was more marijuana in the house. I asked him if he was sure and told him that we had no problem going and getting the warrant and he again told us we could search.

Upon searching, officers located 6 vacuum sealed bags of suspected marijuana and 1 opened vacuum bag of suspected marijuana. Each bag is believed to be one pound in weight. The marijuana was located inside the clothes dryer under clothing. Also located was a DMPS AR-15, .223/5.56 caliber rifle behind the same dryer. There was $795.00 in cash located in a plastic bin in the 2nd floor living room area and $582.00 located in the top dresser drawer of the south 3rd floor bedroom along with Mr. W████'s Ohio Identification card all wrapped together with a rubber band. A black Iphone with black case was recovered in the same bedroom on the 3rd floor and a black Iphone with red case in the living room on the second floor. All the property was seized as well as a 2017 Chevrolet Malibu with Arizona plates that had been rented. All evidence pertaining to Mr. W████ was collected, transported and logged into the Covington Police property room by Specialist Eric Williams and Recruit Matt Martin.

As it pertains to Mr. K████, other than the quantity of suspected marijuana, officers recovered $156.00 in cash, one silver Iphone, one white Iphone and a 2017 Ford Mustang with Florida plates, also a rental car. The vacuum sealed bag that Mr. K████ was found to possess matched the ones located inside the residence. All evidence pertaining to Mr. K████ was collected, transported and logged into the Covington Police property room by Detective Gregg Andrews.

Detective Andrews also handled the two vehicles that were seized. Both vehicles were secured in the Covington Police garage pending search warrants.

Mr. W████ was arrested and charged with trafficking marijuana greater than five pounds with a firearm enhancement. He was transported to the Kenton County Detention Center.

Mr. K████ was arrested and charged with fleeing 2nd degree on foot and trafficking marijuana greater than eight ounces. He too was transported to the Kenton County Detention Center.

There was body camera footage of this event.

## ATTACHMENTS:


## METHODS OF OPERATION:

Suspect Actions - Drug Transaction (Buy/Sell/Possess or Receive)

## CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

| | | |
|---|---|---|
| CASE/INCIDENT NUMBER: | ▓▓▓▓▓▓▓8 | REPORT DATE: 12/08/2017 |
| REPORTING AGENCY ORI/NAME: | 0590100 COVINGTON POLICE DEPARTMENT | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME: | 0590100 COVINGTON POLICE DEPARTMENT | |
| REPORTING OFFICER NAME: John Mairose | | REPORTING OFFICER UNIT BADGE ID: 0259 |
| PRIMARY OFFICER UNIT BADGE ID: 0259 | | |
| REVIEWED BY: Jon Mangus | | |

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| 1 of 3 | ANDREWS, DET | 859-292-2257 |
| ADDRESS: 1 POLICE MEMORIAL DR | | DATE OF BIRTH |
| CITY: COVINGTON   STATE: KY   ZIP CODE: 41014   SSN: | | Unknown |
| WITNESS SEQUENCE | WITNESS NAME | PHONE |
| 2 of 3 | MANGUS, DET. SGT. | 859-292-2236 |
| ADDRESS: 1 POLICE MEMORIAL DR | | DATE OF BIRTH |
| CITY: COVINGTON   STATE: KY   ZIP CODE: 41014   SSN: | | Unknown |

### NARRATIVE

On 12/08/2017 at approximately 1330 hours I executed search warrants on two vehicles related to case ▓▓▓▓▓▓8, trafficking marijuana. Upon searching the silver 2017 Ford Mustang, bearing FL 156XRM, VIN - 1FA6P8THXH5227397, a Swisher cigarillos pack was located with a quantity of suspected marijuana inside. Also located was a large ziplock bag also containing suspected marijuana. All evidence was logged into the Covington Police Property Room.

Upon searching the second vehicle, a silver 2017 Chevrolet Malibu bearing AZ BAB3787, VIN- 1G1ZE5ST3HF190598, we recovered a Wal-mart money transfer with J▓▓▓▓h W▓▓▓▓ as the sender on the front passenger seat. $25.00 in cash was located in the center console and collected. We also recovered two Sentry safes each containing a large amount of US currency.

The two safes with the currency was taken by myself, Detective Gregg Andrews, Detective Sgt. Jon Mangus and Detective Tony Jansen to the Huntington Bank, located at 6th and Madison, to have the money counted with a money counting machine. The money was separated into various bundles, each bundle held together by a rubber band. The bundles were counted individually in the following quantities.

$5,000.00
$6,000.00
$4,200.00
$5,380.00
$4,060.00
$1,000.00
$4,900.00
$5,000.00
$4,620.00
$5,000.00
$2,520.00

The above listed amounts as well as one counterfeit $50.00 bill were counted by the machine. Excluding the counterfeit bill the total counted was $47,680.00.

The money was then transported back to and logged into the Covington Police Property Room.

| Page 2 of 3 | Incident Number: 17-059058 | Agency ORI: 0590100 | Badge #: 0259 |

USA-STIVERS-00000440

## CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| 3 of 3 | JANSEN, DET | 859-292-2274 |
| ADDRESS: 1 POLICE MEMORIAL DR | | DATE OF BIRTH |
| CITY: COVINGTON | STATE: KY    ZIP CODE: 41014    SSN: | Unknown |