Courtney Pangallo

To Honorable Judge Reeves,

My name is Courtney Pangallo, I am the mother of Ryan's first-born son. I understand that Ryan has plead guilty to Conspiracy to Distribute Marijuana. I wanted to write this to give you a different perspective on who Ryan Stivers is. I had met Ryan in 2017, I did not know what his lifestyle was at the time that I met him. We quickly got into a relationship but me being 4 years younger than him, I wasn't making the best decisions in choosing a partner. Our relationship was very unhealthy but fast forward to December 2018 when I found out I was pregnant with his son, things changed very quickly. Ryan was very emotionally and verbally abusive to me, all the way up until I gave birth to our son and after when I would finally leave him. He cheated, would party most nights of the week, and at one point he had threatened to wreck a car with both of us in it while I was 8 months pregnant because I didn't want him to go out to bars with his friends for Todd Henson's birthday, as he had gone out multiple times that week already. When I was finally able to leave Ryan, he would show up to my new apartment early in the morning and barge in to make sure no one else was in there. Drop offs and pick-ups were always stressful because Ryan would easily snap and cause huge scenes in front of his house.

When him and Elma got together, he was contributing equally to our son and Elma was a good parental figure. That was until Elma gave birth to his second son, when he stopped spending time with his first born. Ryan would now have his son on Mondays and Tuesdays, mind you RJ would be in school for majority of those days so he would spend maybe 3-4 hours with his son for each of those days. I was responsible for all of his doctor appointments because that was "what moms do" according to Ryan. RJ had ear infections several times during the school year and Ryan had not taken him to a single doctors appointment so I was always the parent to take off work and take care of our child. I had asked to change our schedule so that he could have more time with him, he refused multiple times because his new son "didn't sleep much".

Finally in January of this year I had decided to move out of state to better my mental health and take on a better career to provide for my son and I. I had respectfully given Ryan the option for our son to come with me or stay to live with him, where he ultimately told me that the better option would be for my son to live with me. Before we moved, I had asked Ryan if he wanted more time with his son because we didn't know when he would see his child again. He declined and told me that "his children are not his priority right now". I had begged and pleaded that he spend more time with his son because my son loved his father but he did not change his mind. I had felt guilty because I chose this man to be the father to my son, and I wanted my son to have two equally active and loving parents in his life. As any parent would.

Now that we have moved away, Ryan has had minimal communication with our son. He has not asked to help with anything financially, whether it be clothes or food. I have no opinion on how he is as a father to his other son, but I know that my son has felt the hurt of his father putting him at the bottom of his priorities. He has had a few video visits from jail with my son but it is to my belief that is only to help his

case to be perceived as a great father. Ryan may have changed his career path and became a family man to his now fiancé and youngest son, but I can assure you he is very good at putting on a show to hide who he truly is. My son will not be missing anything in his life if his dad were to be sentenced to many years in prison. I'd like to thank you for taking the time to read my letter and consider this perspective on Ryan Stivers as you make your decision.

Sincerely,

Courtney Pangallo